# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| **SUZANNE BROWN** | **CIVIL ACTION** |
|---|---|
| **v.** | **NO. 25-2859** |
| **STC OPCO, LLC d/b/a ST. CHRISTOPHER'S HOSP. FOR CHILDREN and TOWER HEALTH.** | |

## ORDER RE: PARTIAL MOTION TO DISMISS

**AND NOW**, this 25th day of September 2025, upon consideration of Defendants' Partial Motion to Dismiss (ECF 13) and Plaintiff's response (ECF 15), for the reasons stated in the foregoing memorandum, it is hereby **ORDERED** that Defendants' Partial Motion to Dismiss (ECF 13) is **DENIED**.

BY THE COURT:

/s/ Michael M. Baylson

**MICHAEL M. BAYLSON**
**United States District Court Judge**

\\adu.dcn\paed\PHL-DATA\Judge_Baylson\CIVIL 25\25-2859 Brown v. STC OPCO, LLC et al\25-2859 Order on MTD.docx